IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60055
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SONIA HERNANDEZ, also known as Sealed Defendant 2

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
(USDC No. 1:97CR47PG)
- - - - - - - - - -
February 25, 1998
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Sonia Hernandez appeals from the district court's order denying release pending trial. She argues that the district court's review of the magistrate judge's detention order was untimely. We have reviewed the record and find no reversible error. See United States v. Barker, 876 F.2d 475, 477 (5th Cir. 1989). Accordingly, the district court's detention order as to Hernandez is

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.